**Order entered January 17, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00462-CR

**TREVOR RUSSELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-2175838-T**

## ORDER

The State's second motion for extension of time to file its brief is **GRANTED**, and we **ORDER** the brief filed on or before **FEBRUARY 13, 2023**.

/s/    DENNISE GARCIA
JUSTICE